**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-2430**

---

MOUSSA TCHIANI BOUKARI,

                Petitioner,

      v.

ERIC H. HOLDER, JR., Attorney General,

                Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals.

---

Submitted: September 13, 2013    Decided: September 24, 2013

---

Before GREGORY, DUNCAN, and WYNN, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

William H. Brammer, Jr., Brammer Law Group, PLLC, Washington, D.C., for Petitioner. Stuart F. Delery, Principal Deputy Assistant Attorney General, Jennifer P. Levings, R. Khouri, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moussa Tchiani Boukari, a native and citizen of Niger, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen. We have reviewed the administrative record and the Board's order and find no abuse of discretion. See 8 C.F.R. § 1003.2(a) (2013). We accordingly deny the petition for review for the reasons stated by the Board. See In re: Boukari, (B.I.A. Oct. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED